UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JORGE SAID DIAZ,**<br>a/k/a JORGE DIAZ<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) |

*FILED*
*RICHARD W. NAGEL*
*CLERK OF COURT*
*DEC 11 2025 2:49 P*
*U.S. DISTRICT COURT*
*SOUTHERN DISTRICT*
*OF OHIO-COLUMBUS*

2:25-CR-204
Morrison

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Illegal Reentry of a Removed Alien)

On or about September 21, 2023, in the Southern District of Ohio, the defendant, **JORGE SAID DIAZ,** an alien, knowingly and unlawfully entered and was found in the United States after having been removed, excluded, or deported from the United States on or about September 4, 2008; May 27, 2010; April 13, 2018; and June 19, 2020, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

**In violation of 8 U.S.C. § 1326(a).**

A TRUE BILL.

s/ Foreperson_____
**FOREPERSON**

**DOMINICK S. GERACE III**
**United States Attorney**

_____
**Tyler Aagard (NC 54735)**
**Assistant United States Attorney**